No. 21-16540

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ANTHONY CHERNETSKY,
*Plaintiff-Appellant,*

*v.*

STATE OF NEVADA, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court for the District of
Nevada, Case No. 3:06-cv-00252-RCJ
The Honorable Robert C. Jones, United States District Judge

**APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME
TO FILE OPENING BRIEF AND
AMEND BRIEFING SCHEDULE**

James A. Sonne
Zeba A. Huq
STANFORD LAW SCHOOL
RELIGIOUS LIBERTY CLINIC
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 723-1422
Facsimile: (650) 723-4426
jsonne@law.stanford.edu

Samuel Weiss
RIGHTS BEHIND BARS
416 Florida Avenue, NW
#26152
Washington, DC 20001
Telephone: (202) 455-4399
Facsimile: (202) 455-4399
sam@rightsbehindbars.org

*Pro Bono Attorneys for Plaintiff-Appellant*
ANTHONY CHERNETSKY

## INTRODUCTION

Pursuant to Local Appellate Rule 31-2.2(b), Appellant Anthony Chernetsky respectfully requests an extension of 21 days to his opening brief deadline and an amended briefing schedule for follow-on briefs. This is Chernetsky's first extension request and it is unopposed by Appellees.

## BACKGROUND

This lawsuit involves, inter alia, Appellant Chernetsky's challenge under federal law to Nevada Department of Corrections policies on prisoner access to anointing oils in the practice of their religion. *See* attached Declaration of James Sonne (Sonne Decl.) ¶ 11.

On February 2, 2022, this Court granted Chernetsky's motion for inclusion in the Ninth Circuit's pro bono law school clinical program through the Stanford Law School Religious Liberty Clinic (the "Stanford Clinic" or "Clinic"). Dkt. No. 19-1. The parties then entered the Court's mediation program until the case was released from that program. Dkt. No. 27. That release order also amended the briefing schedule, moving Appellant's opening brief deadline to March 1, 2023. *Id*. This timing corresponded with the fact that the Stanford Clinic does not have full-

time students enrolled from mid-June through December. *See* Sonne Decl. ¶¶ 1, 4.

## DILIGENCE AND SUBSTANTIAL NEED

Under Local Appellate Rule 31-2.2(b), this Court may extend time to file a brief based on a showing of diligence and substantial need. Appellant Chernetsky asks for a 21-day extension for the filing of his opening brief due to substantial need despite diligent efforts, including the challenge of the present deadline given the nature of his pro bono representation by a law school clinic, a series of other deadlines and commitments facing the clinic, and the nature of the record below.

Mr. Chernetsky is represented pro bono by the Stanford Law School Religious Liberty Clinic (the "Stanford Clinic" or "Clinic"). *See* Sonne Decl. ¶¶ 1-2. The Clinic is an academic program that teaches and trains law students in the practice and profession of law through representation of clients in need. *Id.* at ¶¶ 1-2. Two full-time attorneys serve as lead counsel, while teaching and supervising a rotating group of students who work on the Clinic's cases each active academic quarter. *Id.* At present, the Clinic has eight students and represents a dozen clients on a variety of matters. *Id.* at ¶¶ 2, 5.

As a program with a teaching mission that provides pro bono service to its clients, the Stanford Clinic is constrained by both the law school's academic calendar and the ability of its instructors to litigate and supervise enrolled students on assigned matters. *Id.* at ¶¶ 2-4. There are times, therefore, where it can become impossible to meet certain deadlines without compromising the quality of the Clinic's work for its clients alongside its goal of teaching students how to best serve them.

The present deadline for Appellant's Brief of March 1, 2023, poses just this difficulty despite the Clinic's diligent efforts. *Id.* at ¶¶ 4-7. The record in this appeal involves 17 years of litigation by a pro se plaintiff, including a previous appeal to this Court. *Id.* at ¶ 6. Indeed, the size of the record alone has posed a challenge for students who joined the Clinic in mid-January to master the case in 6 weeks and complete the brief under the close supervision of faculty, all while learning and studying in Clinic as well. *Id.* at ¶¶ 3, 4, 6.

In addition to supervising this appeal, the Clinic's two supervising attorneys also presently handle eleven other matters, including a second active appeal in this Court with a March 8, 2023 deadline; a third active appeal in the U.S. Court of Appeals for the Third Circuit with a February

3

28, 2023 deadline; and a fourth active appeal in the California Court of Appeal. *Id.* at ¶ 5.

Appellees have no objection to Mr. Chernetsky's extension request and proposed amended briefing schedule as described below. *Id.* at ¶ 10. In sum, Appellant has a substantial and unopposed need for a 21-day extension to file his opening brief.

**EXTENSION REQUEST**

In light of the Clinic's participation in the Ninth Circuit's pro bono law school clinical program for this appeal, Appellant Chernetsky hereby requests that the briefing schedule be amended as follows:

- Appellant's Opening Brief to be due March 21, 2023;
- Appellees' Answering Brief to be due May 5, 2023;
- Appellant's Optional Reply Brief to be due June 26, 2023;

///

///

///

///

///

///

## CONCLUSION

For the foregoing reasons, Appellant Chernetsky asks that this Court grant his unopposed request for a 21-day extension of his opening brief deadline and an amended briefing schedule for follow-on briefs as outlined above.

Dated: February 17, 2023       Respectfully submitted,

                                            STANFORD LAW SCHOOL
                                            RELIGIOUS LIBERTY CLINIC

                                By:   */s/ James A. Sonne*
                                            James A. Sonne
                                            *Counsel for Appellant*
                                            *Anthony Chernetsky*

# CERTIFICATION OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains no more than 5,200 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This motion contains a total of **757** words. This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6). The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface, using Microsoft Word.

Dated: February 17, 2023

*/s/ James A. Sonne*
James A. Sonne
*Counsel for Appellant*
*Anthony Chernetsky*

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing document, **Appellant Anthony Chernetsky's Unopposed Motion of Extension of Time to File Opening Brief**, with the United States Court of Appeals for the Ninth Circuit, using the CM/ECF system. I further certify that all parties, through their counsel of record, are registered as ECF filers and that they will be simultaneously served via Notice of Docketing Activity (NDA).

Dated: February 17, 2023

*/s/ James A. Sonne*
James A. Sonne
*Counsel for Appellant*
*Anthony Chernetsky*